IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-84-2BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC DION LATHAM, | ) | |
| a/k/a "E" | ) | |
| | ) | |

This matter is before the Court on defendant's motion to reconsider continuing arraignment until March 2013 term [DE 139]. Defendant's motion is DENIED.

On November 5, 2012, the government requested that the arraignment of this matter, scheduled for November 13, 2012, be continued to some other time as the Court deemed appropriate. Counsel requested the continuance because she had a trial that conflicted with defendant's arraignment and Mr. Latham indicated that he would not plead guilty and will proceed to a jury trial. The defendant did not object to the government's motion, this Court granted the government's motion, and the arraignment was continued to the Court's March 2013 term. On December 6, 2012, the defendant moved the Court to reconsider this continuance. The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h). As such, the defendant's motion is denied.

## CONCLUSION

Defendant's motion to reconsider continuing arraignment until March 2013 is DENIED.

SO ORDERED, this  11  day of December, 2012.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE