IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-84-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ERIC LATHAM | ) | |

In light of the Court's order of February 8, 2013 [DE 170], the arraignment and trial of defendant shall be CONTINUED from the March 11, 2013, term of court to the Court's April 2013 calendar.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the _1C_ day of February, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE