UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-84-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ERIC DION LATHAM ) | |

This cause comes before the Court upon its own initiative. The Court hereby RESCINDS and STRIKES from the record its order filed February 8, 2013 [DE 170]. The clerk is DIRECTED to make such notation on the docket as necessary to reflect this action.

This matter is now set for arraignment and trial on May 13, 2013, at Elizabeth City, North Carolina. The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h).

SO ORDERED, this 8 day of March, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE