UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-84-2BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ERIC DION LATHAM | ) | |
| a/k/a "E" | ) | |

This Cause comes before the Court upon defendant Eric Dion Latham's motion to seal his motion dated May 2, 2013. For good cause shown, defendant's motion is hereby GRANTED.

SO ORDERED, this the 3 day of May, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE