UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER: 4:12-CR-84-2BO

FILED IN OPEN COURT
ON 5/14/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America

vs.                                                    ORDER

ERIC DION LATHAM

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to <u>Agent John Corpening</u> and remain in his custody through any proceeding on appeal or review.

<u>Govt's Exhibit: # 1 - 1.9 grams cocaine base (crack)</u>
<u>Govt's Exhibit: # 5 - 27 grams cocaine base (Crack)</u>
<u>Govt's Exhibit: # 6 - Phoeniz Arms .25 caliber pistol</u>
<u>Govt's Exhibit: # 20 - Arms Corp .22 caliber rifle</u>

This <u>14th</u> day of May, 2013 - Exhibit received by:

<u>John S. Corpening</u>
Print name

<u>John S. Carpen</u>
Sign name

May <u>14th</u>, 2013

TERRENCE W. BOYLE, US District Judge